UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PITTS,

                    Plaintiff,                    Case Number 15-11354
                                                  Honorable Terrence G. Berg
v.

CREDIT PROTECTION ASSOCIATION LP,

                    Defendant.
_____/

## ORDER OF DISMISSAL

On August 18, 2015, Plaintiff filed a Notice of Settlement, requesting 60 days for parties to submit final dismissal papers [Dkt. 10]. That time has passed; therefore, this case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

**SO ORDERED**.

                                        s/Terrence G. Berg
                                        TERRENCE G. BERG
                                        UNITED STATES DISTRICT JUDGE

Dated:      October 22, 2015
            Flint, Michigan

## **Certificate of Service**

I hereby certify that this Order was electronically submitted onOctober 22, 2015 October 22, 2015 using the CM/ECF system, which will send notification to all parties.

s/K. Winslow
Case Manager Generalist